UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:10-CR-153(01)RM |
| | ) | |
| ZACHARY MARTIN | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 6, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 21], ACCEPTS defendant Zachary Martin's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   April 29, 2011

　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　United States District Court