UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:10-CR-153(01) RM |
| | ) | |
| ZACHARY MARTIN | ) | |

### ORDER

The court GRANTS the government's motion to continue [docket # 24] and CONTINUES the sentencing hearing from July 12, 2011 to Thursday, September 15, 2011 at 9:00 a.m. in the third floor courtroom.

The court further directs counsel to file their sentencing memorandum and/or motions related to sentencing hearing not later than September 8, 2011.

SO ORDERED.

ENTERED:   June 21, 2011

/s/ Robert L. Miller, Jr.
Judge, United States District Court